granted in part to 10/14/15 ~~9/30/15~~
SW PC 9/15/15

26 Aug 15

To: Court-of-Criminal Appeals

From: Robert Muñoz; Case No. 11-13-00139 CR

PD-0958-15

Gentlemen,

If you could find it in your heart, I am unable to pay for my transcripts. However, I am in the process to see if I can at least get a portion, one witnesses trial testimony, so that I may file my P.D.R. with a certain understanding to you of what I am attempting to actually defend on.

Would it be possible at all, to extend my time to file my P.D.R. at least until the 30th of October 2015 so I may gather enough funds some how for said transcripts.

Respectfully & Gods Speed,

[signature]

Robert Munoz
No. 1859917
Stevenson Unit
1525 F.M. 766
Cuero, Tx.
- 77954 -

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 31 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
SEP 15 2015
Abel Acosta, Clerk